# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN MCCONNELL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00351-EPG (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 45 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2018, Plaintiff filed a form affidavit and an inmate statement report in support of his request to proceed *in forma pauperis*. (ECF No. 2). The form affidavit is incomplete, however.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order may result in dismissal of this action.**
IT IS SO ORDERED.

Dated: __**March 14, 2018**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1