# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN MCCONNELL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00351-EPG (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2018, Plaintiff filed a form affidavit and an inmate statement report in support of his request to proceed *in forma pauperis*. (ECF No. 2). The form affidavit is incomplete, however. The affidavit does not contain language authorizing the agency having custody of Plaintiff to provide a certified copy of his trust account statement or to collect from his trust account in accordance with 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*—with the necessary language—completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

\\\
\\\

1

**No requests for extension will be granted without a showing of good cause**. *Failure to comply with this order by timely submitting the attached application may result in dismissal of this action.*

IT IS SO ORDERED.

Dated:   **March 29, 2018**                    /s/ Eric P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE